**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Bladimir DEVILA, Avery Lightborne,
*et al.*, Defendants–Appellants.**

No. 98–4374.

United States Court of Appeals,
Eleventh Circuit.

Feb. 20, 2001.

Philip Robert Horowitz, Law Office of Philip R. Horowitz, Miami, FL, Richard L. Rosenbaum, Law Offices of Richard L. Rosenbaum, Ft. Lauderdale, FL, Richard C. Klugh, Richard J. Lautenbach, Fed. Pub. Def., Marcia J. Silvers (Court–Appointed), Thomas F. Almon (Court–Appointed), Miami, FL, for Defendants–Appellants.

Kathleen M. Williams, Fed. Pub. Def., Christopher Clark, Robert Cornell, Asst. U.S. Atty., Evelio Yera, Miami, FL, for Plaintiff–Appellee.

Before HILL, COX and MESKILL[*], Circuit Judges.

BY THE COURT:

The Court DISMISSES the appeal as to Appellant Rauldino Rivera upon the sug-

---

[*] The Honorable Thomas J. Meskill, U.S. Circuit Judge for the Second Circuit, sitting by designation.

gestion of death filed by his counsel. The Court VACATES the judgment of conviction below as to Appellant Rivera. and REMANDS Appellant Rivera's case to the District Court with instructions to dismiss the indictment against him. *See U.S. v. Schumann*, 861 F.2d 1234 (11th Cir.1988). On its own motion, the Court VACATES its June 27, 2000, opinion as to Appellant Rivera. The appeals of the remaining Appellants shall be unaffected by this order.